THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD NELLSON, #31408-007       :
                                         : CIVIL ACTION NO. 3:20-CV-963
    Plaintiff,       :
                                         : (JUDGE MARIANI)
    v.       : (Magistrate Judge Saporito)
                                         :
U.S. FEDERAL BUREAU OF PRISONS, :
et al.,       :
    Defendants.       :

FILED
SCRANTON
FEB 15 2022
Per_____
DEPUTY CLERK

**ORDER**

AND NOW, THIS ___15th___ DAY OF FEBRUARY 2022, upon consideration of Magistrate Judge Joseph Saporito's Report and Recommendation ("R&R") (Doc. 98) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 98) is **ADOPTED** for the reasons set forth therein;

2. Dr. Hlavac's motion to dismiss (Doc. 69) is **GRANTED**;

3. Plaintiff's *Bivens* claim against Dr. Hlavac set forth in Count I of the amended complaint (Doc. 55) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6);

4. The federal defendants' Motion to Dismiss and/or for Summary Judgment (Doc. 79) is **GRANTED**;

5. Plaintiff's state-law tort claims against the United States set forth in Counts II, III, and IV of the amended complaint are **DISMISSED** for lack of subject matter jurisdiction pursuant to 12(b)(1) of the Federal Rules of Civil Procedure;

6. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants Dr. Sommer and PA-C Walters and against Plaintiff on Plaintiff's *Bivens* claims against Dr. Sommer and PA-C Walters set forth in Count I of the amended complaint (Doc. 55);

7. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge